# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

KEILYN LORENZ ELLIS,

             Petitioner,

   v.

SHANNON DICUS, ET AL.,

             Respondents.

Case No. 5:25-cv-01557-MEMF-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has passed and the Court has not received any objections. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered DISMISSING THIS ACTION WITHOUT PREJUDICE for failure to state a cognizable habeas claim 28 U.S.C. § 2254(a), failure to exhaust state court remedies under § 2254(b)(1)(A), and failure to prosecute and comply with Court orders under Federal Rule of Civil Procedure 41(b).

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at Petitioner's current address of record, as well as all parties who have appeared in the action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  March 5, 2026

_____

HON. MAAME EWUSI-MENSAH FRIMPRONG
UNITED STATES DISTRICT JUDGE

2