JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEILYN LORENZ ELLIS,<br><br>           Petitioner,<br><br>  v.<br><br>SHANNON DICUS, ET AL.,<br><br>           Respondents. | Case No. 5:25-cv-01557-MEMF-AJR<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  March 5, 2026

_____
HON. MAAME EWUSI-MENSAH FRIMPRONG
UNITED STATES DISTRICT JUDGE